IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JAMES E. STEVENSON III,
SHARYN STEVENSON, HEATH ADKISSON,
LORI ADKISSON, RYAN BRASWELL,
MELISSA BRASWELL, OLIVER COPPEDGE,
TRACY COPPEDGE, GEORGE A. HALE III,
STEPHANIE HALE, JEFF LANGSTON
AND MISSY LANGSTON,                                          PLAINTIFFS


v.                                NO. 3:13-CV-127-KGB


BLYTHEVILLE SCHOOL DISTRICT NO. 5                      DEFENDANT


## RESPONSE TO MOTION TO DISMISS

Plaintiffs, for their response to defendant's motion to dismiss, state:

1.      For the reasons set forth in the accompanying brief, the motion to dismiss lacks merit.

2.      This Court should set this matter for hearing on the motion for preliminary injunction and not delay the proceedings on account of the motion to dismiss.

WHEREFORE, and for the reasons set forth in the accompanying brief and all matters appearing of record, plaintiffs respectfully request that this Court deny the motion to dismiss, set the motion for preliminary injunction for expedited hearing, and grant all other just and proper relief to the plaintiffs.

Respectfully submitted,

WILLIAMS & ANDERSON PLC
111 Center Street, 22nd Floor
Little Rock, Arkansas  72201
Telephone:  (501) 372-0800
Facsimile:  (501) 372-6453

By:   /s/ Jess Askew III
      Jess Askew III, Ark. Bar No. 86005
      jaskew@williamsanderson.com
      Marie-B Miller, Ark. Bar No. 84107
      mmiller@williamsanderson.com
      Alec Gaines, Ark. Bar No. 2012277
      againes@williamsanderson.com

      *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of June, 2013, I electronically filed the foregoing with the Clerk of Court using the Electronic Case Filing system.

Jay Bequette
BEQUETTE & BILLINGSLEY, P.A.
425 West Capitol Avenue, Suite 3200
Little Rock, AR 72201-3469
jbequette@bbpalaw.com

Robert L. Coleman
REID, BURGE, PREVALLET & COLEMAN
417 North Broadway
P.O. Box 107
Blytheville, AR 72316-0107 deborahdtipton <deborahdtipton@gmail.com>
rbpc@sbcglobal.net

*Attorneys for Defendant*

                    /s/Jess Askew III
                    Jess Askew III

2