IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

HEATH ADKISSON, LORI ADKISSON,
RYAN BRASWELL, MELISSA BRASWELL,
OLIVER COPPEDGE, TRACY COPPEDGE,
GEORGE A. HALE III, STEPHANIE HALE,
JEFF LANGSTON, AND MISSY LANGSTON                                     PLAINTIFFS

v.                         Case No. 3:13-cv-00127 KGB

BLYTHEVILLE SCHOOL DISTRICT NO. 5                                     DEFENDANT

## ORDER

Based on docket numbers 47 and 55, the Court directs the Clerk of the Court to term plaintiffs' motion for expedited issuance of scheduling order and expedited resolution of claims for injunctive and declaratory relief (Dkt. No. 40).

SO ORDERED this the 10th day of October, 2014.

_____
Kristine G. Baker
United States District Judge