IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

HEATH ADKISSON, LORI ADKISSON,
RYAN BRASWELL, MELISSA BRASWELL,
OLIVER COPPEDGE, TRACY COPPEDGE,
GEORGE A. HALE III, STEPHANIE HALE,
JEFF LANGSTON, AND MISSY LANGSTON                                PLAINTIFFS

v.                        Case No. 3:13-cv-00127 KGB

BLYTHEVILLE SCHOOL DISTRICT NO. 5                                DEFENDANT

## JUDGMENT

Consistent with the Order entered on this day, it is considered, ordered, and adjudged that this case is dismissed with prejudice. Plaintiffs' claims against defendant are dismissed with prejudice, and the relief sought is denied.

SO ADJUDGED this the 2nd day of December, 2014.

_____
Kristine G. Baker
United States District Judge